FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN - 9 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| CARLOS LOPEZ, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:14-cv-00061-WSD |
| TITLEMAX OF GEORGIA, INC., | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL

NOW COMES Defendant TitleMax of Georgia, Inc. ("TitleMax") and hereby files this motion to file under seal the enclosed documents: (1) Joint Motion for Approval of Settlement Agreement, and (2) Agreement and General Release.

TitleMax files this motion to file under seal the enclosed documents pursuant to N.D. Ga. Standing Order 04-01 and the Protective Order entered in this action. (Dkt. 21).

WHEREFORE, TitleMax respectfully requests that the Court grant this motion and file under seal the: (1) Joint Motion for Approval of Settlement Agreement, and (2) Agreement and General Release.

1

Respectfully submitted this 9th day of June, 2014.

|  | **MORRIS, MANNING & MARTIN, LLP** <br><br> _/s/ R. Jason D'Cruz_ <br> R. Jason D'Cruz <br> Georgia Bar No. 004740 <br> 1600 Atlanta Financial Center <br> 3343 Peachtree Road, N.E. <br> Atlanta, Georgia 30326-1044 <br> Telephone: (404) 233-7000 <br> Fax: (404) 365-9532 <br><br> Attorneys for TitleMax of Georgia, Inc. |
|---|---|

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, the undersigned counsel certifies that the foregoing "Defendant's Motion to File Documents Under Seal" has been prepared in Times New Roman 14 point, one of the four font and point selections approved by the Court in Local Rule 5.1B.

This 9th day of June, 2014.

MORRIS, MANNING & MARTIN, LLP

By: _____
R. Jason D'Cruz
Georgia Bar No. 004740

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CARLOS LOPEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:14-cv-00061-WSD |
| v. | ) |
| | ) |
| TITLEMAX OF GEORGIA, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "Defendant's Motion to File Documents Under Seal" was served via hand delivery on June 9, 2014 to:

>Amanda Farahany
>V. Severin Roberts
>Barrett & Farahany, LLP
>1100 Peachtree Street, N.E.
>Suite 400
>Atlanta, Georgia 30309

By: _____
R. Jason D'Cruz
Georgia Bar No. 004740

4