IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARLOS LOPEZ, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:14-cv-00061-WSD |
| TITLEMAX OF GEORGIA, INC., | ) |
| Defendant. | ) |

## ORDER GRANTING PARTIES' JOINT MOTION
## FOR APPROVAL OF SETTLEMENT AGREEMENT

Defendant TitleMax of Georgia, Inc. ("TitleMax") and Plaintiff Carlos Lopez filed a Joint Motion for Approval of Settlement Agreement.

Having reviewed the settlement agreement, this Court finds that the settlement agreement between the parties is a fair and reasonable settlement of Plaintiff's claims under the Fair Labor Standards Act.

The parties' Motion is, therefore, GRANTED.

IT IS HEREBY ORDERED that the parties' settlement agreement is APPROVED and this action is dismissed WITH PREJUDICE except that the Court expressly retains jurisdiction to enforce the settlement which has been approved by the Court. See Kokkonen v. Guardian Life Ins. Co. of America, 511

1

U.S. 375, 114 S. Ct. 1673 (1994). Each party shall bear its or his own costs and expenses.

SO ORDERED THIS 18th DAY OF June, 2014.

*[signature]*

The Honorable William S. Duffey, Jr.
District Court Judge, Northern District of Georgia